**UNITED STATES DISTRICT COURT**
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                             Case No.: 1:08−cr−00007
                                                       Honorable Samuel Der−Yeghiayan

Dean Roupas, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 15, 2008:

      MINUTE entry before Judge Samuel Der−Yeghiayan as to Defendant Chuck Maali: Defendant's request to continue arraignment and plea is granted without objection. Arraignment and plea as to Defendant Chuck Maali is reset to 01/24/08 at 9:00 a.m. by agreement of the parties. Arraignment and plea as to Defendant Chuck Maali set for 01/17/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.