

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 7 - 3 | **DATE** | 4/8/2008 |
| **CASE TITLE** | USA vs. Chuck Maali | | |

**DOCKET ENTRY TEXT**

Change of Plea hearing held as to defendant Chuck Maali. Defendant enters plea of guilty as to Count II of the Indictment. Judgment of guilty entered. Enter Plea Agreement. Cause is referred to the U.S. Probation Office for the preparation of a presentence investigation report (PSR). Any objections or corrections to the PSR must be filed in writing with the Clerk of the Court and a courtesy copy provided to chambers on or before 06/18/08. As stated on the record, the parties are also to address by 06/18/08 their positions regarding restitution. Failure to file written objections to the calculations of the offense level and criminal history category in the PSR or objections to any restitution by 06/18/08 will be deemed as a waiver of any objections to the PSR's calculations. The parties are further given leave until 06/18/08 to submit to the Court any other sentencing position papers. Sentencing is set for 06/25/08 at 10:00 a.m. Conditions of release previously set are to stand until further order of the Court.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | mw |
|---|---|---|